THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VALERIE GREY and BRIDGET SMITH | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) CV-05- 2:05 CV1039 -F ) JURY DEMAND |
| SOURCECORP, INC. | ) ) ) |
| Defendant. | ) ) |

## SUMMONS

TO DEFENDANT:    SourceCorp.,
606 Highway 31 South
Georgiana, Alabama 36033

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorney: Jon C. Goldfarb, WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you, within **TWENTY** (20) days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK OF COURT

By: _[signature]_
Deputy Clerk

_10.28.05_
DATE