IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| VALERIE GREY, *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:05-cv-1039-F |
| | ) | |
| SOURCECORP, INC. | ) | |
| | ) | |
|    Defendant | ) | |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Chief Magistrate Judge Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 1st day of November, 2005.

                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE