# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

VALERIE GREY and )
BRIDGET SMITH )
)
)
)
Plaintiffs, )
)
vs. )
) CV-05- 2:05 CV1039 -F
) JURY DEMAND
SOURCECORP, INC. )
)
)
Defendant. )
)

## SUMMONS

TO DEFENDANT:    SourceCorp.,
606 Highway 31 South
Georgiana, Alabama 36033

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorney: Jon C. Goldfarb, WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you, within **TWENTY (20)** days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK OF COURT

By: _[signature]_
Deputy Clerk

DATE  10.28.05

AO 440 (Rev. 5/85) Summons In A Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/15/05 |
| NAME OF SERVER Rhett Wood | TITLE SPS |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: SourceCorp / Brian Williams Manager  606 Hwy 31 South

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____
Returned unexecuted: _____

[ ] Other
(specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/15/05
        Date              Signature of Server

Address of Server        C. Rhett Wood
                         205 North 20th St.
                         Suite 500
                         Birmingham, AL 35203
                         (205) 222-2876

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.