IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VALERIE GREY and<br>BRIDGET SMITH,<br><br>    Plaintiffs,<br><br>v.<br><br>SOURCECORP, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NUMBER:<br>)  2:05-cv-01039-MEF-CSC<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Defendant Image Entry of Alabama, Inc. (dba SOURCECORP Business Process Solutions), incorrectly named in Plaintiffs' Complaint as "Sourcecorp," in accordance with Federal Rule of Civil Procedure 7.1 and by and through its undersigned counsel, hereby states that Image Entry of Alabama, Inc. (dba SOURCECORP Business Process Solutions) is a wholly-owned subsidiary of Image Entry Acquisition Corp., and Image Entry Acquisition Corp. is a wholly-owned subsidiary of SOURCECORP, Inc. a publicly-traded company.

Respectfully submitted,

s/Donna Eich Brooks
David J. Middlebrooks  ASB 8553-D58D
Donna Eich Brooks  ASB-9566-O60D

OF COUNSEL:
LEHR MIDDLEBROOKS PRICE & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama  35202-1945
Phone: (205) 326-3002
Fax: (205) 326-3008

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Wiggins, Childs, Quinn & Pantazis, P.C.
>Jon C. Goldfarb, Esq.
>Maury S. Weiner, Esq.
>Kell A. Simon, Esq.
>The Kress Building
>301 19th Street North
>Birmingham, AL  35203

>s/Donna Eich Brooks
>OF COUNSEL

144338