IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VALERIE GREY, *et al*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-1039-F |
| | ) |
| SOURCECORP, INC., | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is the November 23, 2005, motion for additional time to respond to plaintiffs' complaint (doc. # 5) filed by the defendant. The plaintiffs have no objection to this motion. Accordingly, upon consideration of the motion and for good cause, it is

ORDERED that the motion for additional time to respond to plaintiffs' complaint (doc. # 5) be and is hereby GRANTED and the time for filing a response to the complaint be and is hereby EXTENDED from December 5, 2005 until December 19, 2005.

Done this 1st day of December, 2005.

                                                  /s/Charles S. Coody
                                                  CHARLES S. COODY
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE