IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Valerie Grey, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:05cv1039-MEF |
| | ) | |
| Sourcecorp, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby ORDERED that this court's order (Doc. 3) dated November 1, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE