IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VALERIE GREY and<br>BRIDGET SMITH,<br><br>    Plaintiffs,<br><br>v.<br><br>SOURCECORP, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NUMBER:<br>)  2:05-cv-01039-WKW<br>)<br>)<br>)<br>) |

## REPORT OF PARTIES' PLANNING MEETING

The parties file with the Court the following Report of Parties' Planning Meeting pursuant to Federal Rules of Civil Procedure 26(f):

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on **January 18, 2006** and the following counsel participated:

    **Jon Goldfarb** on behalf of Plaintiffs Valerie Grey and Bridget Smith, and

    **Donna Eich Brooks** on behalf of Defendant Image Entry of Alabama, Inc. (d/b/a SOURCECORP Business Process Solutions).

2. Pre-Discovery Disclosures. The parties will exchange by **February 8, 2006**, the information required by Local Rule 26.1(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following plan:

    a. Discovery will be needed on the following subjects: **Plaintiffs' claims and allegations and Defendant's defenses to same**.

    b. All discovery commenced in time to be completed by **December 11, 2006**.

    c.    Maximum of **30** interrogatories by each party to any other party. Responses due 30 days after service.

    d.    Maximum of **40** requests for production by each party to any other party. Responses due 30 days after service.

    e.    Maximum of **30** requests for admission by each party to any other party. Responses due 30 days after service.

    f.    Maximum of **10** depositions by Plaintiffs and **10** by Defendant.

    g.    Reports from retained experts under Rule 26(a)(2) due:

    from Plaintiffs by **August 7, 2006**;

    from Defendant by **September 7, 2006**.

    h.    Supplementations under Rule 26(e) due as soon as practicable but in any event by **November 1, 2006**.

4.    Other Items.

    a.    The parties do not request a conference with the court before entry of the scheduling order.

    b.    Plaintiffs should be allowed until **May 15, 2006** to join additional parties and amend the pleadings.

    c.    Defendant should be allowed until **June 15, 2006** to join additional parties and amend the pleadings.

    d.    All potentially dispositive motions should be filed by **October 27, 2006**.

    e.    Settlement cannot be realistically evaluated prior to close of discovery.

    f.    The parties request a final pretrial conference in **January 2007**.

    g.    Final lists of trial evidence and objections thereto under Rule 26(a)(3) will be due as follows:

- from Plaintiffs: witness and exhibit lists by 21 days prior to trial;
- from Defendant: witness and exhibit lists by 21 days prior to trial.

    h.    The case should be ready for trial by **February 2007,** and at this time is expected to take approximately **3** days.

DATED this 20th day of January, 2006.

Respectfully Submitted,

s/Donna Eich Brooks
David J. Middlebrooks  ASB 8553-D58D
Donna Eich Brooks  ASB-9566-O60D

OF COUNSEL:
LEHR MIDDLEBROOKS PRICE & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

s/Jon C. Goldfarb
Jon C. Goldfarb
Kell Ascher Simon
Maury Steven Weiner

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

146386