IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VALERIE GREY and<br>BRIDGET SMITH, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO. 2:05-CV-1039-WKW<br>) |
| SOURCECORP, INC., | )<br>) |
| Defendant. | ) |

## **ORDER**

Upon consideration, Defendant's Motion for Leave to Amend Answer (Doc. # 13) is hereby GRANTED.

DONE this the 22nd day of February, 2006.

         /s/   W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE