IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VALERIE GREY and<br>BRIDGET SMITH,<br><br>    Plaintiffs,<br><br>v.<br><br>SOURCECORP, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NUMBER:<br>)  2:05-cv-01039-WKW<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

Defendant and Plaintiffs, by and through their undersigned counsel, jointly request that this Court dismiss with prejudice the above-styled cause with each party to bear their own attorneys' fees, costs and expenses.

    Respectfully Submitted,

    s/Donna Eich Brooks
    David J. Middlebrooks ASB 8553-D58D
    Donna Eich Brooks ASB-9566-O60D

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

    s/Jon C. Goldfarb
    Jon C. Goldfarb
    Maury S. Weiner

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

159965