IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VALERIE GREY and BRIDGET SMITH, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SOURCECORP, INC., )<br>)<br>Defendant. ) | CASE NO. 2:05-CV-1039-WKW<br>   WO |

**FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal filed by the parties on August 14, 2006 (Doc. # 18), it is the ORDER, JUDGMENT, and DECREE of the Court that:

1.  This action is hereby DISMISSED *with* prejudice.

2.  The costs of this action should be taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this day 21st of August, 2006.

          /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE